USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,         :
                                  :   No. 03 Cr. 1256 (JFK)
        -against-                 :   No. 16 Civ. 4407 (JFK)
                                  :
JOSEPH VUKSANAJ,                  :        ORDER
                                  :
                    Defendant.    :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

On June 3, 2020, the Court directed the Government to file a letter regarding whether the stay of proceedings in this habeas action should remain in effect. On June 17, 2020, the Government informed the Court that the stay should be lifted and Defendant Joseph Vuksanaj's motion to vacate his conviction and sentence should be denied because the issue he raises was resolved by the Second Circuit in United States v. Hill, 890 F.3d 51 (2d Cir. 2018).

Accordingly, Vuksanaj shall have until August 5, 2020, to file a response. Absent further order, Vuksanaj's motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to (1) terminate the stay imposed in this case, and (2) mail a copy of this Order and the Government's letter (ECF No. 222, attached) to Vuksanaj.

**SO ORDERED.**

Dated: New York, New York
       June 17, 2020

*/s/ John F. Keenan*
John F. Keenan
United States District Judge

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2020

**BY ECF**
Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Joseph Vuksanaj*, S6 03 CR 1256-02 (JFK)

Dear Judge Keenan:

On June 10, 2016, Joseph Vuksanaj, the defendant, filed a placeholder motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 seeking vacatur of his conviction on Count 19, for violating 18 U.S.C. § 924(c), in light of *Johnson v. United States*, 135 S. Ct. 2251 (2015). (ECF No. 199 at 4.) Under the Court's standing order, the form motion is to be supplemented at a later date by a brief that "more fully sets forth the basis for the requested relief." (ECF No. 201 at 1.)

On February 2, 2018, the Court stayed the case pending resolution of potentially relevant decisions of the Supreme Court and Second Circuit. (ECF No. 206 at 1; *see* ECF No. 219.) On June 3, 2020, the Court ordered the Government to inform the Court whether the stay should be lifted. (ECF No. 219 at 1.)

The stay in this case should be lifted, and the motion should be denied because the issue in this case was resolved by the Second Circuit in *United States v. Hill*, 890 F.3d 51 (2d Cir. 2018). According to the placeholder motion, the defendant seeks vacatur of his conviction on Count 19 because it was not predicated on a conviction for a "crime of violence." *See* 18 U.S.C. § 924(c)(1)(A) (imposing criminal penalties on "[a]ny person who, during and in relation to any crime of violence . . . uses or carries a firearm . . . ."); *id.* § 924(c)(3) (defining "crime of violence"); *cf. Johnson*, 135 S. Ct. at 2563. In this case, the predicate offense was a Hobbs Act robbery. *See* 18 U.S.C. § 1951. And in *Hill*, decided after *Johnson*, the Second Circuit held that "Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A)." *Hill*, 890 F.3d at 53.

Accordingly, this case is ready for decision. The stay should be lifted, and the motion should be denied.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345